# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO. 14-CR-10161-01-EFM**

**SILVIA CLEMENTE-ROJO,**

**Defendant.**

## ORDER

Now on this 12th day of October 2022, the Court, having read and considered the Motion to Dismiss filed herein by the United States, and being satisfied that good cause exists, hereby ORDERS that the Indictment filed herein against the defendant on September 16, 2014, be dismissed without prejudice and that the arrest warrant issued on September 16, 2014, be withdrawn.

IT IS HEREBY ORDFERED that Plaintiff's Motion to Dismiss, Doc. 3, is hereby GRANTED and the Indictment is dismissed without prejudice and the arrest warrant be withdrawn.

IT IS SO ORDERED.

Eric F. Melgren

HONORABLE ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE